JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIVATE FUNDING GROUP, LLC, | Case No.: 2:20-cv-11733-FWS-PLA |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| GOLDSHIELD MEDLINE GROUP, INC. et. al., | |
| Defendants. | |

After full consideration of the pleadings and papers filed in this case, the evidence on record, the applicable law, and consistent with the court's Order Granting Plaintiff's Motion For Default Judgment, (Dkt. 54), and GOOD CAUSE APPEARING THEREFORE:

IT IS HEREBY ORDERED and DECREED, that Plaintiff PRIVATE GOLDSHIELD FUNDING GROUP, LLC, shall have and recover from Defendant GOLDSHIELD MEDLINE GROUP., INC., the following:

1. The principal sum of $330,000.00; and
2. post-judgment interest pursuant to § 28 U.S.C. 1961.

IT IS FURTHER HEREBY ORDERED and DECREED, that all remaining claims against defendants Goldshield Medline Group, Inc., and May Yuen are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: December 19, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE